## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Dallas Buyers Club, LLC, | ) | |
|         Plaintiff | ) | Case No: 14 C 7565 |
| | ) | |
|     v. | ) | |
| | ) | Judge: Ruben Castillo |
| Does 1 - 21, | ) | |
|         Defendants | ) | |

## ORDER

After careful review of this recently filed lawsuit, Plaintiff is authorized to proceed with expedited discovery and issue subpoenas to determine the identity of the appropriate individual defendants. In the meantime, the current Doe complaint will be dismissed without prejudice to the filing of an appropriate amended complaint which names individual defendants that can be properly joined together in one lawsuit. All discovery and third party subpoenas must be complied with even though the pending complaint is dismissed without prejudice.

Date: October 1, 2014        /s/ _____
                                                                 Chief Judge Ruben Castillo